# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PABLO G. CABRERA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. CIV 11-151-FHS-KEW |
| ) | |
| ANITA TRAMMELL, Warden, ) | |
| and I. N. S., ) | |
| ) | |
| Respondents. ) | |

## OPINION AND ORDER
## DENYING CERTIFICATE OF APPEALABILITY

On this date the court dismissed petitioner's petition for a writ of habeas corpus for lack of jurisdiction and for failure to state a claim under 28 U.S.C. § 2241.  After a careful review of the record, the court concludes petitioner has failed to make a "substantial showing of the denial of a constitutional right," as required by 28 U.S.C. § 2253(c)(2).  The court further finds petitioner has not shown "at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether [this] court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Accordingly, petitioner is denied a certificate of appealability.  *See* Rule 11(a) of the Rules Governing Section 2254 Cases.

IT IS SO ORDERED this 1st day of February, 2012.

Frank H. Seay
United States District Judge